JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BELL, on behalf of BRYAN E. BELL,<br><br>            Plaintiff,<br><br>            v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>            Defendant. | Case No. ED CV 14-652-SP<br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: June 1, 2015

                                       SHERI PYM
                                       United States Magistrate Judge